**Order entered March 25, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00100-CV

## IN RE  ELDA TELLE , ELAINE BOSCH, CAITLIN DICKEY AND CHICAGO TITLE OF TEXAS, LLC, Relators

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01185-2021**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus without prejudice to relators' refiling a petition compliant with Texas Rule of Appellate Procedure 52.

/Craig Smith/
CRAIG SMITH
JUSTICE